B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re **Waddells Longhorn Corral LLC** Debtor(s)  Case No. 2:15-bk-05499-SHG  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **CABELA'S CLUB VISA**<br>P.O. BOX 82575<br>LINCOLN, NE 68501-2519 | **CABELA'S CLUB VISA**<br>P.O. BOX 82575<br>LINCOLN, NE 68501-2519 | **Credit card** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **6,882.42** |
| **CAPITAL ONE**<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | **CAPITAL ONE**<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130-0285<br>800-955-7070 | **GM credit card** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **14,840.34** |
| **CAPITAL ONE**<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | **CAPITAL ONE**<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130<br>800-955-7070 | **Credit card** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **13,587.19** |
| **CAPITAL ONE**<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | **CAPITAL ONE**<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130<br>800-955-7070 | **Credit card** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **10,880.36** |
| **CHARLES & DIANN MANSFIELD**<br>5837 EATON ROAD<br>GLADWIN, MI 48624 | **CHARLES & DIANN MANSFIELD**<br>5837 EATON ROAD<br>GLADWIN, MI 48624 | **Plaintiffs in CV2014-013459** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **203,000.00 (junior lien on certain personal property; fully undersecured)** |
| **CHASE**<br>P.O. BOX 659754<br>SAN ANTONIO, TX 78265 | **CHASE**<br>P.O. BOX 659754<br>SAN ANTONIO, TX 78265 | **Ink credit card** | | **23,037.71** |
| **CHASE HOME FINANCE**<br>P.O. BOX 78035<br>PHOENIX, AZ 85062 | **CHASE HOME FINANCE**<br>P.O. BOX 78035<br>PHOENIX, AZ 85062 | **Line of credit** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **20,692.59** |
| **CREDIT UNION WEST**<br>P.O. BOX 7600<br>GLENDALE, AZ 85312 | **CREDIT UNION WEST**<br>P.O. BOX 7600<br>GLENDALE, AZ 85312<br>602-631-3225 | **Credit card** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **9,664.23** |
| **DALE BENZ**<br>C/O WARNOCK MACKINLAY & CARMAN<br>7135 E. CAMELBACK RD, STE F240<br>Scottsdale, AZ 85251 | **DALE BENZ**<br>C/O WARNOCK MACKINLAY & CARMAN<br>7135 E. CAMELBACK RD, STE F240<br>Scottsdale, AZ 85251 | **Plaintiff in CV2014-014367** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **Unknown** |

B4 (Official Form 4) (12/07) - Cont.

In re **Waddells Longhorn Corral LLC** Case No. _____
                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| DISCOVER BANK<br>P.O. BOX 15251<br>WILMINGTON, DE 19886-5251 | DISCOVER BANK<br>P.O. BOX 15251<br>WILMINGTON, DE 19886-5251<br>800-347-7449 | Credit card | Contingent<br>Unliquidated<br>Disputed | 16,014.15 |
| FORWARD LINE<br>21700 OXNARD ST., STE 1450<br>WOODLAND HILLS, CA 91367 | FORWARD LINE<br>21700 OXNARD ST., STE 1450<br>WOODLAND HILLS, CA 91367<br>818-716-7630 | All assets | Unliquidated<br>Disputed | 103,373.25 |
| LCA/LEASE CORPORATION OF AMERICA<br>3150 LIVERNOIS, SUITE 300<br>TROY, MI 48083 | LCA/LEASE CORPORATION OF AMERICA<br>3150 LIVERNOIS, SUITE 300<br>TROY, MI 48083<br>248-743-5211 | Financing of lease for equipment | Contingent<br>Unliquidated<br>Disputed | Unknown |
| LENDING CLUB/WEBBNAK<br>C/O ECHELON DIVERSIFIED<br>71 STEVENSON ST, SUITE 300<br>SAN FRANCISCO, CA 94105 | LENDING CLUB/WEBBNAK<br>C/O ECHELON DIVERSIFIED<br>71 STEVENSON ST, SUITE 300<br>SAN FRANCISCO, CA 94105 | Loan | Unliquidated<br>Disputed | 70,000.00 |
| NATIONAL FUNDING INC<br>9820 TOWNE CENTRE DRIVE STE 200<br>SAN DIEGO, CA 92121 | NATIONAL FUNDING INC<br>9820 TOWNE CENTRE DRIVE STE 200<br>SAN DIEGO, CA 92121<br>844-422-5876 | Plaintiff in BC566793 | Unliquidated<br>Disputed | 108,269.84 |
| POPE LIME COMPANY<br>1101 E OCOTILLO<br>PHOENIX, AZ 85014 | POPE LIME COMPANY<br>1101 E OCOTILLO<br>PHOENIX, AZ 85014 | Energy drink guns and pumps | Unliquidated<br>Disputed | Unknown |
| RELIANT FUNDING/WEBBANK<br>10505 SORENTO VALLEY RD, STE 150<br>SAN DIEGO, CA 92121 | RELIANT FUNDING/WEBBANK<br>10505 SORENTO VALLEY RD, STE 150<br>SAN DIEGO, CA 92121<br>888-792-1992 | Loan | Unliquidated<br>Disputed | 140,000.00 |
| UPS CAPITAL BUSINESS CREDIT<br>425 DAY HILL ROAD<br>WINDSOR, CT 06095 | UPS CAPITAL BUSINESS CREDIT<br>425 DAY HILL ROAD<br>WINDSOR, CT 06095<br>860-687-2766 | All assets of the restaurant and the real property located at 1629 n. 195th Avenue, Buckeye, Arizona plus all assets of AZ Honky Tonk, LLC; UCC 200915 | | 1,100,000.00<br><br>(200,000.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re **Waddells Longhorn Corral LLC**        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| WE BE OLD LLC<br>5837 EATON ROAD<br>GLADWIN, MI 48624 | WE BE OLD LLC<br>5837 EATON ROAD<br>GLADWIN, MI 48624 | All assets, except the liquor license; the carry back notes owed by Debtor and Waddells Longhorn Corral, LLC have been reduced to a combined total of | Contingent<br>Unliquidated<br>Disputed | 203,000.00<br><br>(Unknown secured) |
| WINDSET CAPITAL CORPORATION<br>50 WEST BROADWAY, STE 1006<br>SALT LAKE CITY, UT 84101 | WINDSET CAPITAL CORPORATION<br>50 WEST BROADWAY, STE 1006<br>SALT LAKE CITY, UT 84101<br>855-761-8299 | Loan; plaintiff in CV2015-001270 | Unliquidated<br>Disputed | 107,251.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **5/6/15**      Signature /s/ Eric Mansfield
                                            **Eric Mansfield**
                                            **Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.